Margarita Gevondyan (State Bar No. 245536)
mgevondyan@nixonpeabody.com
NIXON PEABODY LLP
Gas Company Tower
555 West Fifth Street, 46th Floor
Los Angeles, California 90013
Phone: (213) 629-6000
Facsimile: (213)629-6001

Attorneys for Defendant
BAYSTONE MEDIA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET MATRIX, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAYSTONE MEDIA, INC., a New York corporation,<br><br>Defendant. | Case No.: 10-CV-1828- DMS (CAB)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

# ORDER

**WHEREAS,** Plaintiff and Defendant have settled their disputes and each party has agreed to be responsible for its own legal costs and attorneys' fees incurred in connection with or in any way arising from this action, subject to terms of the parties' settlement agreement;

**WHEREAS,** Plaintiff and Defendant executed a Stipulation of Dismissal with Prejudice, which was filed with the Court on December 27, 2010.

**IT IS HEREBY ORDERED:**

The action, including any claims or counterclaims asserted therein, is hereby dismissed, in its entirety, with prejudice.

Date:  January 27, 2011          By: _____
                                  The Honorable Dana M. Sabraw
                                  Judge of the United States District Court

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.                    [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE